# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

---

| In the Matter of | Case Number: |
|---|---|
| **CONSTRUCTION AND GENERAL LABORERS' DISTRICT COUNCIL OF CHICAGO AND VICINITY,** Plaintiff, v. **MONSON-NICHOLAS, INC.,** Defendants. | FILED: AUGUST 26, 2008<br>08CV4890<br>JUDGE BUCKLO<br>MAGISTRATE JUDGE SCHENKIER<br>BR |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR: Plaintiffs

| |
|---|
| NAME (Type or print)<br>MICHELE M. REYNOLDS |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>s/ Michele M. Reynolds |
| FIRM<br>Dowd, Bloch & Bennett |
| STREET ADDRESS 8 S. MICHIGAN AVENUE, 19TH FLOOR |
| CITY/STATE/ZIP<br>Chicago, IL 60603 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>6237957 | TELEPHONE NUMBER<br>(312) 372-1361 |
|---|---|

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES  X | NO  ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES  ☐ | NO  X |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES  X | NO  ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES  X | NO  ☐ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐     APPOINTED COUNSEL