## United States District Court for the Northern District of Illinois

Case Number: 08CV4890     Assigned/Issued By: DAJ

Judge Name: BUCKLO     Designated Magistrate Judge: SCHENKIER

---

### FEE INFORMATION

*Amount Due:*   [✓] $350.00   [ ] $39.00   [ ] $5.00
                [ ] IFP       [ ] No Fee   [ ] Other _____
                [ ] $455.00

Number of Service Copies _____     Date: _____

(For Use by Fiscal Department Only)

Amount Paid: 350.00     Receipt #: 3054030

Date Payment Rec'd: 08/26/08     Fiscal Clerk: DAJ

---

### ISSUANCES

[✓] Summons                              [ ] Alias Summons

[ ] Third Party Summons                  [ ] Lis Pendens

[ ] Non Wage Garnishment Summons         [ ] Abstract of Judgment

[ ] Wage-Deduction Garnishment Summons   _____
                                          _____
                                          (Victim, Against and $ Amount)

[ ] Citation to Discover Assets

[ ] Writ _____
        (Type of Writ)

1   Original and  0   copies on  08/26/08   as to  DEF.

---

C:\wpwin80\docket\feeinfo.frm     03/14/05